**~~PROPOSED~~ ORDER/COVER SHEET**

**TO:** Honorable            **RE:** Siao, Donald

       **U.S. Magistrate Judge**

**FROM:** Silvio Lugo, Chief            **Docket No.:** 5:21-mj-70412-MAG-1
         U.S. Pretrial Services Officer

**Date:**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Ana Mendoza            415-436-7503

**U.S. Pretrial Services Officer**            **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

*Remove:*

*The defendant must submit to location monitoring by GPS.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

*Susan van Keulen*            April 9, 2021
**JUDICIAL OFFICER**            **DATE**

cc:PTS