Daniel B. Olmos (SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
600 University Avenue
Palo Alto, California  94301
650/326-2980 – Telephone
650/326-9704 – Facsimile
Email: dolmos@nbo.law

Attorney for Defendant
Donald Siao

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD SIAO,<br><br>    Defendant. | Case No.: 5:21-cr-00267-BLF<br><br>**DEFENDANT'S UNOPPOSED APPLICATION FOR POST-TRIAL BRIEFING SCHEDULE** |

This is an unopposed application to set a briefing schedule for post-trial motions under Federal Rule of Criminal Procedure 29 and 33.  Undersigned counsel conferred with AUSAs Amani Floyd and Dan Karmel and they do not oppose the following schedule:

    August 11, 2023        Deadline for defense post-trial motions.

    September 8, 2023      Deadline for government's response.

This schedule should allow both parties to prepare any motions and responses, and will complete briefing about two months before sentencing so the Court can set a hearing on the motions, if necessary.

Additional time is required because Defendant Siao's current counsel were not involved in the case before or during trial and need time to familiarize themselves with the case. Counsel must, for instance, review trial transcripts and exhibits, review the pre-trial litigation, conduct legal research, confer with Mr. Siao and his former counsel, and draft any post-trial motions. The Speedy Trial Act is inapplicable to this request.

Date: July 5, 2023

Respectfully submitted,

NOLAN BARTON OLMOS & LUCIANO, LLP

/s/ Daniel B. Olmos
DANIEL B. OLMOS
Attorneys for Defendant Donald Siao

Date: July 5, 2023

/s/ Amani Floyd
AMANI FLOYD
Assistant United States Attorney

## [PROPOSED] ORDER

Based on the foregoing application, and for good cause shown, the Court grants this application. Defendant's post-trial motions are due on August 11, 2023, and the Government's response is due on September 8, 2023. A motions hearing, if necessary, will be set at a later time.

Date: _____

_____
BETH LABSON FREEMAN
United States District Judge